UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9782 FMO (SKx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | Brian Miller v. AppFolio Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:          Attorney Present for Defendant:

None Present                                       None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Consolidation of Actions

On October 13, 2025, plaintiff in the above-captioned action, Brian Miller v. Appfolio Inc., 25-9782 (C.D. Cal.) ("Miller"), filed his Class Action Complaint (Dkt. 1, "Miller Complaint"). The Miller Complaint alleges claims on behalf of a class of "[a]ll individuals residing in the United States whose [personally identifiable information] was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in October 2025." (Id. at ¶ 152).

On October 15, 2025, plaintiff in Caress Beach v. AppFolio, Inc., 25-9856 (C.D. Cal.) ("Beach"), filed its Class Action Complaint (Dkt. 1, "Beach Complaint"). The Beach Complaint alleges claims on behalf of a class of "[a]ll individuals within the United States of America whose Private Information was exposed to unauthorized third parties as a result of the data breach purportedly discovered by Defendant on or before August 22, 2025." (Id. at ¶ 22).

On October 16, 2025, plaintiff in Jeffrey Houdek v. AppFolio, Inc., 25-9939 (C.D. Cal.) ("Houdek"), filed his Class Action Complaint (Dkt. 1, "Houdek Complaint"). The Houdek Complaint alleges claims on behalf of a class of "[a]ll persons residing in the United States whose [personally identifiable information] was accessed by and disclosed in the Data Breach to unauthorized persons[.]" (Id. at ¶ 87).

On October 24, 2025, plaintiff in William Fernandes v. AppFolio, Inc., 25-10217 (C.D. Cal.) ("Fernandes"), filed his Class Action Complaint (Dkt. 1, "Fernandes Complaint"). The Fernandes Complaint alleges claims on behalf of a class of "[a]ll individuals residing in the United States whose Private Information was compromised by the Data Breach and who have received a Data Breach notification from Defendant[.]" (Id. at ¶ 146).

On November 14, 2025, plaintiff in the Fernandes action filed a Notice of Related Actions pursuant to Local Rule 83-1.3, contending that the case is related to the Miller, Beach, and Houdek actions (Dkt. 10).

On the court's own motion, IT IS ORDERED that by no later than **December 22, 2025**, the parties shall file either a stipulation or response, not to exceed five pages, to show cause why the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-9782 FMO (SKx)** | Date | **December 15, 2025** |
|---|---|---|---|
| Title | **Brian Miller v. AppFolio Inc.** | | |

<u>Miller</u>, <u>Beach</u>, <u>Houdek</u>, and <u>Fernandes</u> actions should not be consolidated. <u>See</u> Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"). Failure to file a response by the deadline set forth above shall be deemed as consent to the consolidation of the above-referenced actions.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |