# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-9782 FMO (SKx); CV 25-9856 FMO (SKx); CV 25-9939 FMO (SKx); CV 25-10217 FMO (SKx) | Date | December 23, 2025 |
| Title | Brian Miller v. AppFolio, Inc.; Caress Beach v. AppFolio, Inc.; Jeffrey Houdek v. AppFolio, Inc.; William Fernandes v. AppFolio, Inc. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:   Attorney Present for Defendant:

None Present   None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Consolidation of Actions

On October 13, 2025, plaintiff in the above-captioned action, Brian Miller v. Appfolio Inc., 25-9782 (C.D. Cal.) ("Miller"), filed his Class Action Complaint (Dkt. 1, "Miller Complaint"). The Miller Complaint alleges claims on behalf of a class of "[a]ll individuals residing in the United States whose [personally identifiable information] was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in October 2025." (Id. at ¶ 152).

On October 15, 2025, plaintiff in Caress Beach v. AppFolio, Inc., 25-9856 (C.D. Cal.) ("Beach"), filed its Class Action Complaint (Dkt. 1, "Beach Complaint"). The Beach Complaint alleges claims on behalf of a class of "[a]ll individuals within the United States of America whose Private Information was exposed to unauthorized third parties as a result of the data breach purportedly discovered by Defendant on or before August 22, 2025." (Id. at ¶ 22).

On October 16, 2025, plaintiff in Jeffrey Houdek v. AppFolio, Inc., 25-9939 (C.D. Cal.) ("Houdek"), filed his Class Action Complaint (Dkt. 1, "Houdek Complaint"). The Houdek Complaint alleges claims on behalf of a class of "[a]ll persons residing in the United States whose [personally identifiable information] was accessed by and disclosed in the Data Breach to unauthorized persons[.]" (Id. at ¶ 87).

On October 24, 2025, plaintiff in William Fernandes v. AppFolio, Inc., 25-10217 (C.D. Cal.) ("Fernandes"), filed his Class Action Complaint (Dkt. 1, "Fernandes Complaint"). The Fernandes Complaint alleges claims on behalf of a class of "[a]ll individuals residing in the United States whose Private Information was compromised by the Data Breach and who have received a Data Breach notification from Defendant[.]" (Id. at ¶ 146).

On November 14, 2025, plaintiff in the Fernandes action filed a Notice of Related Actions pursuant to Local Rule 83-1.3, contending that the case is related to the Miller, Beach, and Houdek actions (Dkt. 10).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-9782 FMO (SKx); CV 25-9856 FMO (SKx); CV 25-9939 FMO (SKx); CV 25-10217 FMO (SKx)** | Date | **December 23, 2025** |
|---|---|---|---|
| Title | **Brian Miller v. AppFolio, Inc.; Caress Beach v. AppFolio, Inc.; Jeffrey Houdek v. AppFolio, Inc.; William Fernandes v. AppFolio, Inc.** | | |

On the court's own motion, IT IS ORDERED that by no later than **December 30, 2025**, the parties shall file either a stipulation or response, not to exceed five pages, to show cause why the Miller, Beach, Houdek, and Fernandes actions should not be consolidated.  See Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]").  Failure to file a response by the deadline set forth above shall be deemed as consent to the consolidation of the above-referenced actions.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |